In the Matter of CHARLES W. WASON, for Reinstatement to the Practice of Law in the State of New York. [40 NYS3d 320]— Order entered reinstating Charles W. Wason to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Oct. 25, 2016.)

In the Matter of JOHN MCCARTHY, an Attorney, Resignor. [40 NYS3d 320]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Nov. 1, 2016.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL PITTMAN, Appellant. [40 NYS3d 807]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Curran, Troutman and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD BROWN, Appellant. [40 NYS3d 807]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Carni and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO WILLIAMS, Also Known as BRAZIL, Also Known as ZIL, Appellant. [40 NYS3d 807]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Lindley, Curran and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN J. MOORE, JR., Appellant. [40 NYS3d 807]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, NeMoyer and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE MONROE, Appellant. (Appeal No. 2.) [40 NYS3d 808]— Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Centra, Peradotto and DeJoseph, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GARCIA, Appellant. [40 NYS3d 808]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Troutman and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARSHALL D. MYHAND, Also Known as MARSHALL MAYHAND, Appellant. [40 NYS3d 808]—Motion for writ of error coram nobis denied. Present—Peradotto, J.P., DeJoseph, Curran, Troutman and Scudder, JJ.